FILED IN OPEN COURT
U.S.D.C. - Atlanta

APR 26 2023

KEVIN P. WEIMER, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| UNITED STATES OF AMERICA | Criminal Information |
|---|---|
| *v.* | |
| BRITTANY NICOLE WOOD | No. 1:23-CR-118 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 25, 2023, in the Northern District of Georgia, the defendant, BRITTANY NICOLE WOOD, in connection with the acquisition of a firearm, that is, a Smith & Wesson, model SD9 VE, 9mm semiautomatic pistol, did knowingly make a false and fictitious written statement to Arrowhead Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18 of the United States Code, which statement was intended and likely to deceive Arrowhead Pawn Shop as to a fact material to the lawfulness of the sale of the aforementioned firearm, in that defendant BRITTANY NICOLE WOOD falsely represented that she was not under indictment or information in any court for a felony, when, in fact, as she then and there well knew, defendant BRITTANY NICOLE WOOD was then under indictment in Clayton County Superior Court Case No. 2020CR00115 for Aggravated Assault and Terroristic Threats, felonies punishable by imprisonment for more than one year, all in violation of Title 18, United States Code, Section 922(a)(6).

## Forfeiture Provision

Upon conviction of the offense alleged in this Information, the defendant, BRITTANY NICOLE WOOD, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including but not limited to one (1) Smith & Wesson, model SD9 VE, 9mm semiautomatic pistol bearing serial number FDJ6341.

RYAN K. BUCHANAN
*United States Attorney*

THEODORE S. HERTZBERG
*Assistant United States Attorney*
Georgia Bar No. 718163

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181